IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 25, 2007

Charles R. Fulbruge III
Clerk

No. 06-20653
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

SALVADOR FERNANDO MOLINA GARCIA

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-371-2

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Salvador Fernando Molina Garcia has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Molina Garcia has filed a response. Our independent review of the record, counsel's brief, and Molina Garcia's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.  Molina Garcia's motion for appointment of counsel is DENIED.